FRANKLIN T. HAMMOND, as Receiver of THE ATLAS MUTUAL
INSURANCE COMPANY, Respondent, *v.* SEYMOUR H. KNOX,
Appellant.

*Hammond* v. *Knox*, 125 App. Div. 9, affirmed.
(Argued January 12, 1909; decided January 26, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
March 5, 1908, affirming a judgment in favor of plaintiff
entered upon a decision of the court at a Trial Term without
a jury in an action to recover certain assessments alleged to
have been made by the Atlas Mutual Insurance Company
upon the defendant, a policyholder therein.

*Frank Gibbons* for appellant.

*L. M. Cummings* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
VANN, WERNER and HISCOCK, JJ. Dissenting: HAIGHT, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
MARTIN CONLON, Appellant.

*People* v. *Conlon*, 116 App. Div. 170, appeal dismissed.
(Submitted January 18, 1909; decided January 26, 1909.)

MOTION to dismiss an appeal from an order of the Appel-
late Division of the Supreme Court in the first judicial
department, entered December 7, 1906, which affirmed a
judgment of the Court of General Sessions of the Peace in
the county of New York rendered upon a verdict convicting
the defendant of the crime of grand larceny in the first degree.

The motion was made on the ground of failure of the
appellant to perfect and prosecute the appeal.

*William Travers Jerome, District Attorney* (*Alexander
A. Mayper* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.